**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PSHATOIA LaROSE,

                Plaintiff,

-against-                              24 **CIVIL** 8908 (KMW)

**JUDGMENT**

SEAN COMBS, ET AL.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 16, 2025, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      May 19, 2025

                                                **TAMMI M HELLWIG**
                                                   Clerk of Court

                **BY:**

                                                    **Deputy Clerk**